108 A.3d 1

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. L.J.A., DEFENDANT–PETITIONER.

February 3, 2015.

ORDERED that the petition for certification is granted limited to the issue of the imposition of an extended sentence. The Superior Court, Appellate Division's judgment is summarily reversed on that issue, and the matter is remanded to the Appellate Division for reconsideration in light of this Court's opinion in *State v. Perez*, 220 *N.J.* 423, 106 *A.*3d 1212 (2015). Jurisdiction is not retained.